IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD ANTHONY JASPER, JR.,<br><br>Defendant. | **8:26CR95**<br><br>**ORDER FOR DISMISSAL** |

Pursuant to the government's Motion for Dismissal (Filing No. 38) and Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of Counts Two, Three, and Four of the Indictment against Richard Anthony Jasper, Jr.

IT IS ORDERED that the Motion to Dismiss Counts Two, Three, and Four of the Indictment (Filing No. 38) is granted. The status conference set for November 24, 2026, is cancelled.

Dated this 24th day of November 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge